DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSANA CALZADA,**
Appellant,

v.

**AUGUSTIN CALZADA,**
Appellee.

No. 4D2025-1700

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Marjorie Miller, Judge; L.T. Case No. 502024DR008007.

Chadwick M. Layton of Mindful Divorce, P.A., Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***